

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Dec 9, 2025 11:14AM

Youper Star LLC
PO Box 5558
Buffalo Grove, IL 60089-3475

| Rcpt. No: 311175110 | | Trans. Date: Dec 9, 2025 11:14AM | | | Cashier ID: #PF (6905) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1064 | 12/4/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** 5:25-cv-10538 NMC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.