```
1  Anthony Martino
   P.O Box 5558
2  Buffalo Grove, IL 60089
   224-900-7695
3  tonymartinomusic@gmail.com
   Plaintiff
4
```

**FILED**

DEC 09 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

CV 25 10538

| | | |
|---|---|---|
| ANTHONY MARTINO | ) | Case No.: TBD |
| Plaintiff, | ) | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | ) | |
| INTERNET ARCHIVE | ) | |
| Defendant. | ) | |

**Certification of Interested Entities or Persons**

Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the parties themselves, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities known to have either (i) a financial interest of any kind in the subject matter of this action, or (ii) any other interest that could be substantially affected by the outcome of the proceeding.

- 1 -

Plaintiff's Certification of Interested Entities or Persons          Case No: TBD

- 2 -

1 | DATED: December 5th, 2025

Respectfully Submitted,

*/s/ Anthony Martino*

Anthony Martino
Plaintiff
P.O Box 5558
Buffalo Grove, IL 60089
224-900-7695
tonymartinomusic@gmail.com
Plaintiff