UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Court Level and Jurisdiction)

Anthony Martino                                    CV2501538
                                                   (Case I.D. Number)

Plaintiff

-vs-

Internet Archive

Defendant

**DECLARATION OF DILIGENCE**

I, Vladimir B. Kagarlitskiy, Process Server Badge: 529, of San Bruno, in San Mateo County, California, MAKE OATH AND SAY THAT:

1.   Documents:
     - Summons in a Civil Action.
     - Plaintiff's Complaint.
     - Exhibits 1-4.
     - Order Settings Initial Case Management Conference and ADR Deadlines.
     - Consent or Declination to Magistrate Judge Jurisdiction.
     - Notice of Assignment of Case to a United States Magistrate Judge for Trial.
     - Settlement Conference Standing Order.
     - Notice of a Lawsuit and Request to Waive Service of a Summons.

2.  Servee: Internet Archive, Agent of Service: Chris Butler
    Address: 300 Funston Avenue, San Francisco, CA  94118

    Attempt 1- Date: 12/11/2025 Time: 09:43 AM
    Upon arrival I went to the listed address, property looked like a bank building and saw a gate on the left side of the premises. I approached the gate door next to a gated parking lot, but saw it had a badge reader of some sort preventing me from getting inside. I noted lights were on in the building, but no one around.

    Attempt 2- Date: 12/15/2025 Time: 04:29 PM (16:29)
    Upon arrival I went to the listed address, this time I tried the large metal doors at the front. Noted a doorbell in the middle door, rang it (not sure if it worked); but got no answer. Spotted multiple cameras out front as well watching who approaches. Tried the left gate once more to see if I have any luck there, but again no contact.

    Attempt 3- Date: 12/22/2025 Time: 11:52 AM
    Upon arrival I went to the main metal doors at the front, tried the doorbell/knocking; but received no answer. Tried the left side gate, but also no answer... As I was leaving and walking past the building, I noticed a walk way on the right side of the property; and it lead to another gate. This one had a doorbell, a mailbox and signs with a phone number to call (415) 686-9095. I rang the doorbell, and a white female (brown hair, green eyes) came out. She claimed to be an employee, so I asked for if Chris was around to accept a delivery. She first tried to talk me away saying I should call the listed number, then tried calling someone from her own phone; and tried to request I come back another time. I politely requested she check to see if Chris was around, or if someone in charge could meet me; as they could accept on behalf of Chris. She immediately told me she's not authorized to accept anything, but went inside to see if Chris was around. I waited for a reasonable period of time, and decided to call the listed number. A male voice answered, claimed to not be Chris and said he's not around at this time; then asked I wait while he attempts to phone the agent by phone. After a couple of minutes I got a call back from the gentleman and he had Chris on the line. We spoke, Chris claimed to not be at the building today; to which I said "that's fine, I can leave it with one of your employees", to which Chris insisted I serve him personally for some reason. I agreed in good faith, asked when he would be available; but he said "I will get back to you on that, in the meantime please have opposing council contact me via email". I attempted to get a more in clear time frame from the respondent, but he kept dodging the question.

After I left, Chris called me from (510) 684-5885 insisting on having the opposing council make contact with him by email. Later that day I texted him to confirm the email for contact and he wrote back at 06:07 PM (18:07) "Thanks for the text. To be clear, we do not agree to accept service via email at this point, but if the attorney will contact me at butler@archive.org, I will coordinate with them." to which I formally passed on the message.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Vladimir B. Kagarlitskiy,
Process Server Badge: 529
1881 Earl Avenue, San Bruno, CA 94066
(415) 336-6506
San Mateo County

(Signature)

12/28/2025
(Date)

Vladimir B. Kagarlitskiy, Process Server
Badge: 529