Anthony Martino
P.O Box 5558
Buffalo Grove, IL 60089
224-900-7695
tonymartinomusic@gmail.com
Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY MARTINO | Case No.: 3:25-cv-10538-RFL |
| Plaintiff, | |
| vs. | |
| INTERNET ARCHIVE | |
| Defendant. | |

**DECLARATION OF ANTHONY MARTINO IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS**

I, Anthony Martino, declare:

1. I am the Plaintiff in this action. I am over the age of 18. I make this declaration based on my personal knowledge.

- 1 -

Declaration of Anthony Martino in Support of Plaintiff's
Motion for Order Authorizing Alternative Service of
Process                                                          Case No: 3:25-cv-10538-RFL

2.  On December 23, 2025, I received an email from Peter Routhier, the in-house General Counsel of Defendant Internet Archive, acknowledging the existence of this lawsuit and discussing service of process.

3.  In that email, Mr. Routhier stated that he did not expect anyone to be available to accept service at Internet Archive's headquarters any time soon and proposed that I file a waiver of service under Federal Rule of Civil Procedure 4(d).

4.  A true and correct copy of Mr. Routhier's December 23, 2025 email is attached hereto as **Exhibit A**.

5.  Mr. Routhier's email was sent from an Internet Archive email address and reflects that Defendant Internet Archive has actual notice of this lawsuit and knowledge that Plaintiff is attempting to effect service.

6.  To my knowledge, the email addresses used by Mr. Routhier and Defendant's registered agent, Chris Butler, are valid and active, and service by email to those addresses would provide prompt and reliable notice of this action.

7.  Based on the California Secretary of State's records, I am informed and believe that Defendant Internet Archive's principal place of business and registered office is located at 300 Funston Avenue, San Francisco, California 94118.

8.  I incurred approximately $343 in costs in retaining a professional process server to attempt personal service on Defendant's registered agent before Defendant proposed a waiver of service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2025.

Declaration of Anthony Martino in Support of Plaintiff's
Motion for Order Authorizing Alternative Service of Process

Case No: 3:25-cv-10538-RFL

- 3 -

       /s/Anthony Martino
Anthony Martino
Plaintiff
P.O Box 5558
Buffalo Grove, IL 60089
224-900-7695
tonymartinomusic@gmail.com

Declaration of Anthony Martino in Support of Plaintiff's Motion for Order Authorizing Alternative Service of Process                                    Case No: 3:25-cv-10538-RFL