# EXHIBIT A

Exhibit A to Plaintiff's Declaration in Support
of Plaintiff's Motion for Order Authorizing
Alternative Service of Process                                    Case No: 3:25-cv-10538-RFL

 **Tony Martino <tonymartinomusic@gmail.com>**

## Martino v Internet Archive
1 message

**Peter Routhier** <prouthier@archive.org>    Tue, Dec 23, 2025 at 10:10 AM
To: heresthedealllc@gmail.com, tonymartinomusic@gmail.com
Cc: Tommy Ferdon <tferdon@archive.org>

Mr. Martino,

I understand that you've filed a lawsuit against Internet Archive and that a process server made a failed attempt to serve the complaint on us yesterday.

In view of the holiday season, I don't expect there will be someone available there to accept service any time soon. That said, as you may know, we have a duty to avoid unnecessary service of a summons. With that in mind, I've attached a waiver of service form pursuant to Rule 4(d). You can file this with the court in lieu of a proof of service and further attempts to serve.

Please email be back confirming that you'll proceed with the waiver of service, and let the process server know he or she need not make further attempts to serve.

Beyond that, perhaps we can resume our attempt to find an amicable resolution to this matter in the new year.

Sincerely,

Peter M. Routhier
General Counsel
Internet Archive

 **Martino waiver of service executed.pdf**
127K