```
1   Peter M. Routhier (CA SBN 342879)
    prouthier@archive.org
2   Internet Archive
    300 Funston Ave.
3   San Francisco, CA 94118
    Telephone: (415) 561-6767
4
    Attorney for Defendant
5   Internet Archive
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY MARTINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Defendant. | Case No. 3:25-cv-10538-RFL<br><br>**DEFENDANT INTERNET ARCHIVE'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS**<br><br>Date: February 3, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

**TO THE COURT AND PLAINTIFF:**

Internet Archive does not oppose *pro se* Plaintiff Anthony Martino's Motion for Order Authorizing Alternative Service.

Mr. Martino's motion needlessly multiplies the proceedings. Internet Archive has already agreed to waive service. *See* Decl. of Anthony Martino in Supp. of Pl.'s Mot. for Order Authorizing Alt. Serv. Of Process Ex. A, at 2, ECF. No. 11-1. Substitute service provides Mr.

Martino with no obvious benefit.[1] Internet Archive has explained the situation to Mr. Martino, but he has maintained that he will not move forward without "guidance from the Court." While Internet Archive does not oppose Mr. Martino's motion, it is wrong on the facts and law. Plaintiff Anthony Martino, appearing pro se, filed his complaint against Internet Archive in this Court on December 9, 2025. ECF No. 1. His process server first made contact with Internet Archive staff on December 22. Pl.'s Mot. for Order Authorizing Alt. Serv. of Process ("Mot.") 4, ECF No. 9. The very next day, Internet Archive informed Mr. Martino that it was unlikely someone would be on premises during the holiday season to accept personal service, but that we would waive service, attaching **a *signed* Waiver of the Service of Summons (AO 399) form to file with this Court**. Decl. of Anthony Martino in Supp. of Pl.'s Mot. for Order Authorizing Alt. Serv. Of Process Ex. A, at 2, ECF. No. 11-1. Mr. Martino did not respond to Internet Archive's email, instead filing this motion. In the circumstances, Mr. Martino cannot establish that Internet Archive has made service impracticable such that substitute service is warranted. Still, Internet Archive does not oppose the motion.

By filing this statement of non-opposition, Defendant does not consent to personal jurisdiction or subject matter jurisdiction or waive any other defense or claim.

Dated: January 13, 2026                    INTERNET ARCHIVE

By: */s/ Peter M. Routhier*
Peter M. Routhier
Internet Archive
300 Funston Ave.
San Francisco, CA 94118
Telephone: (415) 561-6767

*Attorney for Defendant
Internet Archive*

---

[1] Even if this Court were to grant Martino's motion on the day of the hearing, and Martino to serve Internet Archive by email that same day, the 21-day deadline for Internet Archive to respond would be February 24, 2026, one day *later than* it would have been due had Martino simply filed the signed waiver of service Internet Archive's counsel sent to him on December 23.