Peter M. Routhier (CA SBN 342879)
*prouthier@archive.org*
Internet Archive
300 Funston Ave.
San Francisco, CA 94118
Telephone: (415) 561-6767

*Attorney for Defendant
Internet Archive*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY MARTINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET ARCHIVE, a California 501(c)(3) non-profit organization,<br><br>Defendant. | Case No. 3:25-cv-10538-RFL<br><br>**DEFENDANT INTERNET ARCHIVE'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 13, 2026

INTERNET ARCHIVE

By: */s/ Peter M. Routhier*
Peter M. Routhier
Internet Archive
300 Funston Ave.
San Francisco, CA 94118
Telephone: (415) 561-6767

*Attorney for Defendant
Internet Archive*