UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARTINO,<br><br>              Plaintiff,<br><br>       v.<br><br>INTERNET ARCHIVE,<br><br>              Defendant. | Case No. 25-cv-10538-RFL<br><br>**ORDER DENYING AS MOOT MOTION FOR ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 9 |

Plaintiff Anthony Martino, who is proceeding without the assistance of counsel, has filed a Motion asking the Court to authorize alternative service via email.  (Dkt. No. 9.)  In response, Defendant filed a statement of non-opposition, indicated that it has notice of the lawsuit and has executed a waiver of service of summons, which it provided to Plaintiff on December 23, 2025.  (Dkt. Nos. 12, 11-1.)  That means Plaintiff does not need to do anything else to serve the complaint.  In light of Defendant's waiver of service, Plaintiff's Motion is **DENIED AS MOOT**.  Service of summons is considered effective as of the date of this Order.  Defendant's response shall be due by **February 23, 2026**.

       **IT IS SO ORDERED.**

Dated: January 15, 2026

RITA F. LIN
United States District Judge