Peter M. Routhier (CA SBN 342879)
Internet Archive
300 Funston Ave.
San Francisco, CA 94118
Telephone: (415) 561-6767
prouthier@archive.org

*Attorney for Defendant Internet Archive*

Anthony Martino
P.O. Box 5558
Buffalo Grove, IL 60089
Telephone: (224) 900-7695
tonymartinomusic@gmail.com

*Pro Se Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY MARTINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET ARCHIVE, a California 501(c)(3) nonprofit organization,<br><br>Defendant. | Case No. 3:25-cv-10538-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff ANTHONY MARTINO and Defendant INTERNET ARCHIVE hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(2), to the dismissal of this action, with prejudice, without award of costs or fees to either party.

DATED: August 26, 2026

*/s/ Anthony Martino*
Anthony Martino
*tonymartinomusic@gmail.com*
P.O. Box 5558
Buffalo Grove, IL 60089
Telephone: (224) 900-7695

*Pro Se Plaintiff*

*/s/ Peter M. Routhier*
Peter Routhier
*prouthier@archive.org*
Internet Archive
300 Funston Ave.
San Francisco, CA 94118
Telephone: (415) 561-6767

*Attorney for Defendant Internet Archive*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories above.

Dated: August 26, 2026 *\/s/ Peter M. Routhier*

**[PROPOSED] ORDER**

Having reviewed the Parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice, without award of costs or fees to either party.

IT IS SO ORDERED

Dated:

RITA F. LIN
United States District Judge