AO 121 (Rev. 06/16) (CAND version 8/18)

| | |
|---|---|
| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION ON APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION ☐ APPEAL

COURT NAME AND LOCATION
United States District Court
Northern District of California

DOCKET NO:
25-cv-10538-RFL

DATE FILED:
12/09/2025

PLAINTIFF:
Martino

DEFENDANT:
Internet Archive

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | SEE ATTACHED COMPLAINT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED

INCLUDED BY:
☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:
☐ Order ☐ Judgment
ORDER VIEWABLE BY COURT ONLY

WRITTEN OPINION ATTACHED:
☐ Yes ☒ No

DATE RENDERED:
08/27/2026

s/Mark B. Busby
Mark B. Busby, Clerk

(by) Deputy Clerk, Felicia Brown

09/04/2026
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy